# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER METTIN | ) ) ) ) ) ) ) | Case No. 10mj257 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 12, 2010 _____ in the county of _____ Woodbury _____ in the _____ Northern _____ District of _____ Iowa _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1546(a) | possession of a fraudulent California Drivers License |
| 18 U.S.C. Section 1015(f) | falsely claimed to be an United States citizen on a voter registration |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S/A Isra D. Harahap
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _Octber 15, 20 10_

_____
*Judge's signature*

Paul A. Zoss, Chief U.S. Magistrate Judge
*Printed name and title*

City and state: _____ Sioux City, Iowa _____

# AFFIDAVIT OF SPECIAL AGENT ISRA D. HARAHAP IN SUPPORT OF ARREST WARRANT FOR CHRISTOPHER METTIN

I, Isra D. Harahap, after being duly sworn, depose and state as follows:

## AGENT BACKGROUND

1.    I am a Special Agent (SA) with U.S. Department of Homeland Security, Homeland Security Investigation (HSI) with fifteen years of law enforcement experience.  I am assigned to the Office of the Resident Agent in Charge (RAC), Sioux City and have been employed by Immigration and Customs Enforcement (ICE) since March of 2004.  Prior to my employment with ICE, I was employed as a Police Officer at Iowa State University in Ames, Iowa for almost ten years.  As a Peace Officer in the state of Iowa and a Federal Agent, I have experience writing several affidavits for arrest warrants and search warrants.  I hold a Bachelor's degree in Aerospace Engineering from Iowa State University, and have completed the ICE Special Agent Training, and the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia.  I am duly appointed according to law, and at the time of events herein, was acting in an official capacity.

2.    I am responsible for enforcing and investigating violations of the Customs and Immigration laws of the United States to include Sections 8, 18, 19, 21, and 42 of the United

1

States Code along with the Immigration and Nationality Act (INA) and other related statutes. I have received training and have actual experience relating to Federal Criminal Procedures, Federal Statutes and U.S. Immigration and Customs Regulations.

3. As a Special Agent of HSI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States.

4. All of the statements and information contained in this affidavit are based upon my review of investigative reports prepared by myself and other law enforcement officers with the knowledge of facts recited; upon my conversations with law enforcement officers having personal knowledge of the pertinent facts; upon my review of official documents and records maintained by various local, state, and federal agencies. Based therein, all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

5. I am familiar with the investigation relating to Christopher METTIN a citizen and national of Germany, and an individual who claimed that he is a citizen of the United States in order to register to vote in Woodbury County, Iowa, and who was in possession of a fraudulent California Driver's license.

2

## FACTS ESTABLISHING PROBABLE CAUSE

6. On October 12, 2010, at approximately 12:00 p.m., I spoke to Brett Lyon, Assistant Director of Security at Morningside College in Sioux City, Iowa. Lyon told me that Christopher METTIN was a student at Morningside College from Germany, who came in to the United States with an F-1 (student) visa. Lyon mentioned that METTIN's student visa has been terminated by Morningside College because METTIN had misrepresented himself as a United States Citizen. Lyon mentioned that a German speaking professor from Morningside contacted METTIN's mother and she told the professor that METTIN was born in Germany. Lyon said that METTIN had registered to vote and he had a copy of the voter registration form that METTIN had filled out on September 08, 2010. Lyon dropped off a copy of the Official Iowa Voter Registration Form that METTIN filled out on September 08, 2010, at HSI Resident Agent in Charge (RAC) Sioux City Office.

7. Records check on the Treasury Enforcement Computer System (TECS) showed that METTIN entered the United States at the Minneapolis Airport, Minnesota on August 18, 2010. The record shows that METTIN presented a German passport and an F-1 visa when he entered the United States. I also reviewed METTIN's F-1 student visa computer record and saw his photograph for the visa.

8. At approximately 4:30 p.m., I saw METTIN walking North on 11th and Nebraska in Sioux City. METTIN entered in the front

3

passenger compartment of a black Dodge truck. METTIN exited the truck when I asked him to do so. I presented METTIN my credentials and I told him that I am a Special Agent for Homeland Security Investigations. METTIN told me that he was a United States Citizen and presented a fraudulent California identification card with the last four numbers "8153."

9. METTIN was transported to the office of HSI Resident Agent in Charge (RAC) Sioux City, Iowa, for further investigation of his Immigration status.

10. METTIN's fingerprints were scanned to the IDENT/Integrated Automatic Fingerprint Identification System (IAFIS). The fingerprint check matched the fingerprints of METTIN that were taken in Germany on July 09, 2010, for his visa application. The visa fingerprint record showed METTIN's citizenship as being German.

11. Computer records check on the National Law Enforcement Telecommunication System (NLETS) to California driver's license records database on the last four numbers "8153" comes back to Curtis Lewis Burton with a date of birth of January 22, 1970. The record describes Burton as 6 foot and 225 pounds with black hair. A search on the same computer database of the name Christopher Mettin and date of birth of August 13, 1991, comes back negative.

4

12.  METTIN's friend came to HSI RAC Sioux City and dropped off a Birth Certificate from Sherman Oaks Hospital, Los Angeles, California, with the following information written on it:

"This Certifies that Christopher Mettin was born to Christin Mettin and Peter Mettin in this Hospital at 1:35 a.m. on Tuesday the 13th day of August, 1991.  In Witness Wherreof the said Hospital has caused this certificate to be signed by its duly authorized officer and the Official Seal to be hereunto Affixed."

13.  METTIN was advised of his Miranda Rights warning as per form I-214.  METTIN agreed to answer questions and signed the Miranda Rights warning form I-214.  METTIN provided the following information during the interview:

- He came in to the United States around August, 2010.  He added that he entered the United States at the Minneapolis Airport using a German passport and a student visa to study at Morningside College in Sioux City, Iowa.

- Shortly after he arrived in Sioux City, METTIN rode a bus to Los Angeles, California, to meet his fiancé Sarah Elizabeth Reveles.

- He obtained his birth certificate in Los Angeles, California from Reveles.  He also said that he went to the California Department of Motor Vehicles to obtain his driver's license.  METTIN said that the driver's license

5

that he provided affiant was sent to him through the mail. METTIN added that he checked the internet and noticed that it looked different because it did not have the words "driver's license" on it.

- After his arrival in Sioux City, METTIN destroyed his German passport because he does not want to be German anymore.

- METTIN does not have a Social Security Number.

- METTIN said that he was born in Los Angeles, California. He said that his parents were in the United States at the time of his birth.

- I showed METTIN the copy of Official Iowa Voter Registration Form that METTIN filled out on September 08, 2010. METTIN acknowledged that he did fill out the form and signed at the bottom of the form. He said that he filled out the form so he could vote.

- MITTEN said that he does not want to be deported to Germany because he was going to be beaten up in Germany.

14. I reviewed the Official Iowa Voter Registration Form that METTIN filled out on September 08, 2010. In box 6, "Are you a you a citizen of the United States of America?" METTIN put an x on the box indicating "Yes." In box 7, METTIN

6

indicated by signing the form that he is a citizen of the United States.

15. On October 13, 2010, I spoke to Edna Peters from Sherman Oaks Hospital, Los Angeles, California on the phone. A copy of the birth certificate that MITTEN presented to me was faxed to Peters. Peters said that she had the chance to review the fax copy of the birth certificate and said that the Sherman Oaks Hospital does not issue birth certificates and did not issue the birth certificate that MITTEN presented to me as his birth certificate.

## CONCLUSION

14. Based on the foregoing facts, my experience and training, it is my opinion that Christopher MITTEN is in violation of Title 18 United States Code Section 1015 (f), false claim of United States Citizenship; and Title 18 United States Code Section 1546 (a), Fraud or misuse of visas, permits, and other documents.

DATED this _15_ day of October, 2010.

Isra D. Harahap
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this _15_ day of October, 2010.

7

Paul A. Zoss
Chief U.S. Magistrate Judge
Northern District of Iowa